# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DALE JOSEPH MCCOLLUM,

    *Petitioner*,

vs.

STEPHANIE HUMPHREY, *et al.*,

    *Respondents*.

3:02-cv-00468-LRH-RAM

ORDER

    This habeas matter under 28 U.S.C. § 2254 comes before the Court on the petitioner's application (#30) for a certificate of appealability, which respondents have opposed (#32).

    Under the standard set forth in *Slack v. McDaniel*, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000), jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right as to Grounds One and Three through Five. The law of the circuit establishes that this standard is not satisfied as to Ground Two, however. *See, e.g., Nevius v. McDaniel*, 218 F.3d 940, 944-45 (9th Cir. 2000). Accordingly, pursuant to 28 U.S.C. § 2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure,

    IT THEREFORE IS ORDERED that the application (#30) for a certificate of appealability is GRANTED IN PART such that a certificate of appealability is granted as to all issues decided by the Court's order and judgment (## 28 & 29) denying the petition for a writ of habeas corpus as to Grounds One and Three through Five.

-2-

1    IT FURTHER IS ORDERED that the application (#30) for a certificate of appealability is
2 DENIED IN PART such that a certificate of appealability is denied as to Ground Two.
3    DATED this 24th day of February, 2006.

_____
LARRY R. HICKS
United States District Judge