# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DALE JOSEPH MCCOLLUM,<br><br>    *Petitioner*,<br><br>vs.<br><br>STEPHANIE HUMPHREY, *et al.*,<br><br>    *Respondents*. | 3:02-cv-00468-LRH-RAM<br><br><u>ORDER</u> |

This habeas matter under 28 U.S.C. § 2254 comes before the Court on the petitioner's motion (#37) to appeal *in forma pauperis*. The court finds that petitioner is unable to pay the filing fee on appeal, and the motion therefore will be granted.

IT THEREFORE IS ORDERED that the motion (#37) to appeal *in forma pauperis* on appeal is GRANTED. Petitioner shall not be required to prepay or give security for fees and costs.

DATED this 22nd day of May, 2006.

_____
LARRY R. HICKS
United States District Judge